IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARTHUR CARSON                                                                                     PLAINTIFF

V.                           CASE NO. 4:18-cv-275-SWW

STEVE LANDERS KIA,
AND RUSSELL COMSTOCK,                                                                DEFENDANT

## MOTION TO DISMISS FOR INSUFFICIENT PROCESS & INSUFFICIENT SERVICE OF PROCESS.

Comes know LL University LLC d/b/a Steve Landers Kia, by and through its attorneys, James, Carter & Priebe, LLP, and for its Motion, states:

1. The Separate Defendant, LL University LLC d/b/a Steve Landers Kia moves to dismiss the Complaint, pursuant to Fed. R. Civ. 12(b)(4), insufficient process, and Fed. R. Civ. 12(b)(5), insufficient service of process.

2. Plaintiff's summons was addressed to Steve Landers Kia, 4600 S. University Ave., Little Rock, Arkansas.  See Ex. 1, Summons.

3. Steve Landers Kia is the fictitious name for LL University LLC.  See Ex. 2.

4. The Registered Agent for LL University LLC is The Corporation Company, 124 West Capitol Ave., Suite 1900, Little Rock, Arkansas, 72201.  See Ex. 2.

5. Process was not addressed to the registered agent, an officer, or managing or general agent of LL University LLC.

6. Service was not made in person or by certified mail on the registered agent, an officer, or managing or general agent of LL University LLC.

WHEREFORE, the Separate Defendant, LL University LLC d/b/a Steve Landers Kia prays that its Motion to Dismiss be granted, and for all other just and proper relief.

        Respectfully submitted,

        */s/ Daniel R. Carter*
        Daniel R. Carter (AR Bar # 80023)
        JAMES, CARTER & PRIEBE, LLP
        500 Broadway, Suite 400
        Little Rock, Arkansas 72201
        Tel 501.372.1414; Fax 501.372.1659
        E-mail:  dcarter@jamescarterlaw.com

        Attorney for LL University LLC
        d/b/a Steve Landers Kia

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Arthur Carson
artcarson67@gmail.com

and via U.S. Postal Service, postage prepaid to:

Arthur Carson
2000 Rice Street
Little Rock  AR  72202
Tel 501.508.1090

        */s/ Daniel R. Carter*
        Daniel R. Carter