IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARTHUR CARSON                                                                    PLAINTIFF

V.                                    CASE NO. 4:18-cv-275-SWW

STEVE LANDERS KIA,
AND RUSSELL COMSTOCK,                                              DEFENDANT

**BRIEF IN SUPPORT OF**
**MOTION TO DISMISS FOR INSUFFICIENT PROCESS**
**& INSUFFICIENT SERVICE OF PROCESS.**

The Separate Defendant, LL University LLC d/b/a Steve Landers Kia moves to dismiss

the Complaint, pursuant to Fed. R. Civ. 12(b)(4), insufficient process, and Fed. R. Civ. 12(b)(5),

insufficient service of process.  Steve Landers Kia is the fictitious name for LL University LLC.

Process was not addressed to the registered agent, an officer, or managing or general agent of LL

University LLC.  Service was not made in person or by certified mail on the registered agent, an

officer, or managing or general agent of LL University LLC.

Plaintiff's summons was addressed to Steve Landers Kia, 4600 S. University Ave., Little

Rock, Arkansas.  See Ex. 1, Summons.  Steve Landers Kia is the fictitious name for LL

University LLC.  See Ex.2.  The Summons was not addressed to a natural person.  Nor was

delivery restricted to a natural person.  The summons was not addressed to the Registered Agent,

The Corporation Company, and it was not served on The Corporation Company.  The summons

and subsequent service were deficient.  In *Frazier v. Experian Information Solutions, Inc.*, 2008

WL 4057987 (E.D. Ark. August 26, 2008), the court found that the summons and service were

defective because the summons was not addressed to a natural person and not served by

restricted delivery on a person authorized by the Arkansas Rules of Civil Procedure.  The court

noted that Fed.R.Civ.P. 4(e)(1) and 4(h)(1) provide the method for service on a corporation.  For service to be valid, it has be in accordance with Arkansas law, which authorizes service on an officer, managing or general agent, or agent appointed by law to accept service.  The Arkansas Supreme Court requires strict compliance with its rules for service.  *Id.*  Also see:  *Bell v. United States Department of Agriculture* 2015 WL 6758151 n.7 (E.D. Ark. Nov. 5, 2015) (summons must be addressed to natural person, specified by name, and served on person authorized by Arkansas law).

The Motion to Dismiss of Separate Defendant, LL University LLC d/b/a Steve Landers Kia, should be granted.

Respectfully submitted,

*/s/ Daniel R. Carter*
Daniel R. Carter (AR Bar # 80023)
JAMES, CARTER & PRIEBE, LLP
500 Broadway, Suite 400
Little Rock, Arkansas 72201
Tel 501.372.1414; Fax 501.372.1659
E-mail:  dcarter@jamescarterlaw.com

Attorney for LL University LLC
d/b/a Steve Landers Kia

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Arthur Carson
artcarson67@gmail.com

and via U.S. Postal Service, postage prepaid to:

Arthur Carson
2000 Rice Street
Little Rock  AR  72202
Tel 501.508.1090

*/s/ Daniel R. Carter*
Daniel R. Carter