IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ARTHUR CARSON<br>      PLAINTIFF | * * * | |
| V. | * * | CASE NO. 4:18CV00275 SWW |
| STEVE LANDERS KIA and RUSSELL COMSTOCK<br>      DFENDANTS | * * * * | |

# **ORDER**

Plaintiff Arthur Carson, proceeding *pro se*, brings this action pursuant to the Fair Credit Reporting Act, naming Steve Landers Kia and Russell Comstock as defendants. Now before the Court is a motion to dismiss by Steve Landers Kia [ECF Nos. 6, 7] seeking dismissal based on insufficient process and insufficient service of process. Carson has filed a response in opposition [ECF No. 10] and a motion for leave to file an amended complaint [ECF No. 12]. After careful consideration, and for reasons that follow, both motions are denied, and Carson has fourteen days from the entry date of this order to file a motion to amend and a motion for service as provided in this order.

Steve Landers Kia moves for dismissal for insufficient process and insufficient service of process[1] and reports that Steve Landers Kia is a fictitious name for LL University LLC and that the Corporation Company is the LLC's agent for service of

---

[1] Motions for dismissal under Federal Rule of Civil Procedure 12(b)(5) concern the proper procedure for serving the summons and complaint and challenge the mode or lack of delivery of the summons and complaint, and motions for dismissal under Rule 12(b)(4) challenge the content of the summons. Federal Rule of Civil Procedure 4(e) provides that unless waiver of service has been obtained, service of process must be made by personal delivery of the summons and complaint to the party or his or her agent or made according to the law of the state where the district court is located, in this case Arkansas. Arkansas law requires require service on a corporation or limited liability company to be made by delivering the summons and complaint to an officer, managing or general agent, or any agent authorized by appointment or by law to receive service of summons. Ark. R. Civ. P. 4(d)(5).

process. It is undisputed that the summons and complaint named Steve Landers Kia as defendant, rather than LL University LLC, and that service was not made in person or by certified mail on the registered agent for service, the Corporation Company.

Carson has filed a motion seeking leave to amend his complaint for the purpose of naming the Corporation Company as defendant, in place of Steve Landers Kia. It appears that Carson is attempting to correct the name of the defendant, but he erroneously believes that the Corporation Company, which is LL University LLC's agent for service of process, is the proper defendant. As a *pro se* litigant, Carson is not excused from complying with procedural rules, *see Brown v. Frey*, 806 F.2d 801, 804 (8th Cir. 1986), but he is entitled to a reasonable degree of leniency in the prosecution of his claims. Accordingly, the Court will deny the motion to dismiss and the motion to amend and afford Carson an opportunity to file (1) a motion to amend the complaint for the purpose of substituting LL University LLC in place of Steve Landers Kia and (2) a motion for service, requesting service of the complaint and summons on LL University LLC.

IT IS THEREFORE ORDERED that Defendant's motion to dismiss [ECF No. 6] and Plaintiff's motion to amend [ECF No. 12] are denied.

IT IS FURTHER ORDERED that Plaintiff has up to and including fourteen (14) days from the entry date of this order in which to file a motion to amend and motion for service as directed in this order.

IT IS SO ORDERED THIS 21ST DAY OF JUNE, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE