IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARTHUR CARSON                                                                                               PLAINTIFF

V.                                          CASE NO. 4:18-cv-275-SWW

LL UNIVERSITY LLC d/b/a STEVE LANDERS KIA,
AND RUSSELL COMSTOCK,                                                                          DEFENDANTS

**SEPARATE DEFENDANT LL UNIVERSITY LLC d/b/a STEVE LANDERS KIA'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE**

Comes now the Separate Defendant, LL University LLC d/b/a Steve Landers Kia, by and through its attorneys, James, Carter & Priebe, LLP, and for its Response, states:

1. Plaintiff's Motion should be denied for several reasons.

2. The certificate of service to the Answer states that the Answer was mailed via U.S. Mail and via e-mail to the Plaintiff through the Clerk's CM/ECF system.  See Answer Doc. 21.  Both means of service are in accordance with Fed. R. Civ. P. 5, and the Local Rules of this Court.

3. Plaintiff admits he received the Answer via the "Court's docketing in this case."

4. When Plaintiff complained that he did not receive a copy of the Answer, another copy was mailed to him.

5. The Plaintiff has not suffered any prejudice.

6. The Motion to Strike is not appropriate, because no Fed. R. Civ. P. 12(f)(2) grounds are stated in the Motion.

7. The All Writs Act is not applicable.

WHEREFORE, Separate Defendant, LL University LLC d/b/a Steve Landers Kia, prays that the motion be denied, for its costs incurred herein, including reasonable attorneys' fees, and for all other just and proper relief.

Respectfully submitted,

*/s/ Daniel R. Carter*
Daniel R. Carter (AR Bar # 80023)
JAMES, CARTER & PRIEBE, LLP
500 Broadway, Suite 400
Little Rock, Arkansas 72201
Tel 501.372.1414; Fax 501.372.1659
E-mail: dcarter@jamescarterlaw.com

Attorney for
LL University LLC d/b/a Steve Landers Kia

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Arthur Carson
artcarson67@gmail.com

and via U.S. Postal Service, postage prepaid to:

Arthur Carson
2000 Rice Street
Little Rock  AR  72202
Tel 501.508.1090

*/s/ Daniel R. Carter*