IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

WESTERN DIVISION

ARTHUR CARSON

CASE # 4:18-CV-00275-SWW

V.

STEVE LANDERS KIA, AND RUSSELL COMSTOCK.

PLAINTIFF'S SECOND REQUEST FOR SANCTIONS

AGAINST RUSSELL COMSTOCK

TO THE HONORABLE JUDGE OF SAID COURT:

  Comes Now the Plaintiff, Arthur Carson, in accordance with Rule 37(4), Federal Rules of Civil Procedures, Plaintiff seek sanctions for Defendant Comstock's incomplete and evasive answers To Plaintiff's Interrogatories, and defiance of this Court order regarding Certificate of service On His pleadings.

1), The Actions or inactions of Defendant Comstock are making a mockery of the Judicial process, Where the deliberate sidesteps to discovery are being displayed. Twenty-four interrogatories Were submitted, (attached) to Defendant Comstock, only seven were answered, (attached). The Defendant cherry picked the answers, and interposing sarcasm while impeding Plaintiff's Ability to obtain discovery.

2).Defendant Comstock were mindful to avoid answering Plaintiff's interrogatory NO. 10, regarding His wages being garnished in a prior lawsuit and the reasoning; Interrogatory NO. 16, regarding His separation of employment with Steve Landers Kia.

(1)

3). Defendants seven partially answered Interrogatories were not Notarized nor does it Contain a certificate of service, as previously ordered, (ECF #43-0).

The Defendant has not acted in good-faith throughout this process, and shown no respect For this Court. This Court has the Authority to hold Defendant Comstock liable, pursuant to, Roadway Express, INC V. Piper et al, 447 U.S. 752(1980).

WHEREFORE PREMISES CONSIDERED, Plaintiff Pray Sanctions be imposed on Russell Comstock For His contumacious behavior.

RESPECTFULLY SUBMITTED,

_(signature)_ . DATED THIS 6TH DAY OF FEBRUARY, 2019.

Arthur Carson

CERTIFICATE OF SERVICE:

I, Arthur Carson, certify that a copy of the foregoing Second request for Sanctions are hereby Mailed to: Russell Comstock, 2001 Airborn Dr., Jacksonville, AR 72076; and Daniel Carter, Attorney For Steve Landers Kia, @ P.O . Box 907, Little Rock, AR 72204, this 6th day of February, 2019, by Placing same in the United States Mail, postage prepaid.

I swear the foregoing statements are true and correct.

_(signature)_ .

Arthur Carson

10434 W. 36th St. # 10-B

Little Rock, AR 72204

(501-508-1090)

(2)

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF AKRANSAS

WESTERN DIVISION

ARTHUR CARSON

V.                                                                                          CASE NO. 4:18CV00275-SWW

LL UNIVERSITY, LLC DBA
STEVE LANDERS KIA, AND
RUSSELL COMSTOCK

DEFENDANT'S FIRST RESPONSE TO ARTHUR CARSON'S INTERROGATORIES

Pursuant to rule 33 Federal Rules of Civil Procedures, defendant answers each interrogatory in writing under oath, and produces answers within 30 days of service.

1.) the names of the experts to be used during the trial are Michael Osborn, Mike McKee, and Russell Comstock.

2.) The duties of Michael Osborn in March of 2018 were as a Sales Manager for Steve Landers Kia. As a Sales Manager he pulled customers' credit and transmitted customers' applications to financing sources.

3.) Witness of the trail will be Michael Osborn and Mike McKee. Their business address is 4600 S University Ave. Little Rock, AR 72204. The phone number to the place of business is 501-492-5800.

4.) As a sales person I was not privy to the amount of finance sources that Steve Landers Kia held.

5.) I was not informed by Arthur Carson that I was being recorded at any point, but I don't have any problems with him using ALL of his audible recordings from March 8, and March 12th, 2018.

6.) As a sales person I was not privy the F&I performance for March sales of 2018 nor was I privy to what type of digital credit application was used by Steve Landers Kia.

7.) All the financial institutions


I, Russell Comstock, swear the foregoing statements are true and correct to the best of my knowledge, Pursuant to 28 U.SC. 1746.

Dated this, 31st day of January 2019

Russell Comstock
2001 Airborn Drive
Jacksonville, AR 72076
501-779-0705

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARTHUR CARSON

V.                                            CASE NO. 4:18CV00275-SWW

LL UNIVERSITY, LLC Dba,
STEVE LANDERS KIA, AND
RUSSELL COMSTOCK.

PLAINTIFF'S FIRST SET OF INTERROGATORIES
FOR RUSSELL COMSTOCK

  Pursuant to Rule 33 Federal Rules of Civil Procedures, Plaintiff submits the following Interrogatories, and are directed to answer each of the Interrogatory in writing under Oath, and produce within 30 days of service.

  1). Names of all Expert(s) to be used during Trial, and list of exhibits;

✓ 2). Identify the Duties of Michael Osborn in March of 2018;

  3). Identify all Witness to Testify at Trial, Their name and address, phone number;

✓ 4). The number of Steve Landers Kia network of Finance sources in March 2018;

  5). Would You consent to allow Plaintiff use any Recordings of Conversation on March 8, And 12th, 2018 between You and He?

✓ 6) What was the F & I performance for Sales March 2018?

✓ (A). What type of Digital Credit Application System Software were used by Steve Landers Kia?

✓ 7). Which financial entity provided adverse letter to Carson and Moore?

✓ 8). Who had Custody or control of the Risk Based Pricing Notices for March 2018?

  9). How Many lawsuits have ever been filed against You?

(1)

10). Has Your Wages ever been garnished?

11). How many Car Dealerships have You been employed?

12).Did Plaintiff ever request You to not conduct any Credit checks?

✓ 13). How would You know whether a Financial Institution would provide an adverse Letter?

✓ 14). Was there a Compliance dashboard for the Steve Landers Digital application System, if So, please explain.

✓ 15). What was the Digital ID address Number used by Steve Landers Kia Digital Application Process for March 8-12, 2018?

16). What Reason did You leave Steve Landers Kia?

17). What date did You leave Steve Landers Kia Employment?

18). On What date, time, did Plaintiff Speak with Michael Osborn ?

✓ 19). When did You discover an adverse letter was sent to Plaintiff, and How did You learn. Also, who is the current custodian of such letter(s).

20). Did You ever apologize to Plaintiff regarding Your handling of His situation, via phone?

21). Do You know whether Capitalone, and it's (Creditwise) program provides credit updates To Customers?

(2)

22). To Your knowledge, what other Car Dealership lawsuits have Plaintiff been involved?

23). How long was Plaintiff, Arthur Carson, and Jewellean Moore, in Your Dealership On March 8, 2018 ?

24). What date did Plaintiff advise You not to perform any Credit checks on His behalf?

## CERTIFICATE OF SERVICE

I, Arthur Carson, certify that a copy of the foregoing First set of Interrogatories for Russell-Comstock, are hereby certified mailed to Him, this 1st day of Oct.,2018.

I swear the foregoing statements are true and correct.

_____
Arthur Carson
10434 W. 36th St. # 10-B
Little Rock, AR 72202

(3)