IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARTHUR CARSON                                                          PLAINTIFF

V.                        CASE NO. 4:18-cv-275-SWW

LL UNIVERSITY LLC d/b/a STEVE LANDERS KIA,
AND RUSSELL COMSTOCK,                                                  DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

Upon joint stipulation, the Court is informed that this matter should be dismissed with prejudice. The Court finds that this case shall be dismissed with prejudice.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Date: 2-28-19

AGREED:

_____
Arthur Carson, Plaintiff

_____
Darrel R. Carter,
Attorney for Defendant,
LL University, LLC